## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 15 |
| ZODIAC POOL SOLUTIONS SAS, *et al.*,[1] | Case No.  14-11818(   ) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

## STATEMENT OF FRANÇOIS MIRALLIE IN SUPPORT OF VERIFIED PETITIONS FOR RECOGNITION OF FOREIGN PROCEEDINGS AND RELATED RELIEF

I, François Mirallié, a member of the executive board and managing director of Zodiac Pool Holding S.A., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am over the age of 18 and, if called upon, could testify as to the facts set forth in this statement, except for those portions specified as being otherwise.

2.    I am the duly appointed foreign representative of Zodiac Pool Solutions SAS, Zodiac Pool Solutions North America, Inc., and Zodiac Pool Systems, Inc. (together, the "**Zodiac Debtors**") in connection with proceedings concerning schemes of arrangement (the "**Schemes**") under part 26 of the English Companies Act 2006 sanctioned by the High Court of Justice of England and Wales (the "**English Proceedings**").

3.    This statement is respectfully submitted as required under section 1515(c) of title 11 of the United States Code (as amended, the "**Bankruptcy Code**") in support of the *Verified Petitions for Recognition of Foreign Proceedings and Related Relief* seeking, among other things, recognition by this Court of the English Proceedings as "foreign nonmain proceedings" under section 1517 of the Bankruptcy Code and enforcement of the Schemes of the Zodiac Debtors in the United States.

---

[1]    The last four digits of the United States Tax Identification Number, or similar foreign identification number, as applicable, follow in parentheses:  Zodiac Pool Solutions SAS (N/A); Zodiac Pool Solutions North America, Inc. (3451); and Zodiac Pool Systems, Inc. (5614).

4.    To the best of my knowledge, the English Proceedings are the only restructuring proceedings of any kind concerning any of the Zodiac Debtors and, thus, are the only known "foreign proceedings" with respect to the Zodiac Debtors, as that term is defined in section 101(23) of the Bankruptcy Code.

5.    I declare under penalty of perjury under the laws of the United States of America that, based upon my knowledge, information and belief as set forth herein, the foregoing is true and correct.

Executed this 31 day of July, 2014, in ___London, England___

François Mirallié