# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 15 |
| ZODIAC POOL SOLUTIONS SAS, *et al.*,[1] | Case No. 14-11818 (KJC) |
| Debtor in a Foreign Proceeding. | (Joint Administration Requested) |

**DECLARATION OF DANIEL J. GUYDER IN SUPPORT OF VERIFIED PETITIONS FOR RECOGNITION OF FOREIGN PROCEEDINGS AND RELATED RELIEF**

DANIEL J. GUYDER, pursuant to 28 U.S.C. §1746, hereby declares as follows:

I am a member of the firm of Allen & Overy LLP, counsel to François Mirallié, the duly appointed foreign representative (the "**Foreign Representative**") of Zodiac Pool Solutions SAS, Zodiac Pool Solutions North America, Inc., and Zodiac Pool Systems, Inc. in connection with proceedings concerning schemes of arrangement under part 26 of the English Companies Act 2006 sanctioned by the High Court of Justice of England and Wales (the "**High Court**"). I respectfully submit this affidavit in support of the Foreign Representative's *Verified Petitions for Recognition of Foreign Proceedings and Related Relief* and accompanying *Memorandum of Law* (together, the "**Chapter 15 Papers**").

1. Attached is a true and correct copy of each of the following documents:

    A. *Convening Order* of the High Court dated July 3, 2014.

    B. *Approved Judgment* of the High Court dated July 3, 2014.

    C. *Sanction Order* of the High Court dated July 31, 2014.

    D. Schemes of Arrangement between Zodiac Pool Solutions SAS, Zodiac Pool Solutions North America, Inc., Zodiac Pool Systems, Inc., Zodiac European Pools SAS, Zodiac International SAS,

---

[1] The last four digits of the United States Tax Identification Number, or similar foreign identification number, as applicable, follow in parentheses: Zodiac Pool Solutions SAS (N/A); Zodiac Pool Solutions North America, Inc. (3451); and Zodiac Pool Systems, Inc. (5614).

        Marine Investment Finland Oy, and Their Respective Scheme Creditors sanctioned on July 31, 2014 (without annexes).

2.    Attached is a true and correct copy of each of the unpublished or foreign decisions cited in the Chapter 15 Papers:

    E.    *In re Arion Ins. Co. Ltd.*, Case No. 07-12108 (Bankr. S.D.N.Y. August 9, 2007);

    F.    *In re AXA Ins. UK PLC, et al.*, Case Nos. 07-12110 to 07-12113 (Bankr. S.D.N.Y. August 15, 2007);

    G.    *In re Castle Holdco 4, Ltd.*, Case No. 09-11761 (REG) (Bankr. S.D.N.Y. April 22, 2009);

    H.    *In re Europäische Rückversicherungs-Gesellschaft in Zürich*, Case No. 06-13061 (Bankr. S.D.N.Y. January 22, 2007);

    I.    *In re Fairfield Sentry Ltd.*, No. 10-13164, 2011 U.S. Dist. LEXIS 105770 (S.D.N.Y. Sept. 15, 2011);

    J.    *In re Global Gen. and Reinsurance Co. Ltd.*, Case No. 08-14939 (RDD) (Bankr. S.D.N.Y. January 21, 2009);

    K.    *In re Global Gen. and Reinsurance Co. Ltd.*, Case No. 11-10327 (RDD) (Bankr. S.D.N.Y. March 10, 2011);

    L.    *In re Gordian Runoff (UK) Ltd.*, Case No. 06-11563 (Bankr. S.D.N.Y. August 28, 2006);

    M.    *In re Greyfriars Insurance Co Ltd., et al.*, Case Nos. 07-12934 to 07-12944 (Bankr. S.D.N.Y. October 23, 2007);

    N.    *In re Hellas Telecom. (Luxembourg) V*, Case No. 10-13651 (Bankr. D. Del. December 13, 2010);

    O.    *In re Hibu Inc., et al.,* Case No. 14-70323 (Bankr. E.D.N.Y. February 27, 2014);

    P.    *In re ING Re (UK) Ltd.*, Case No. 08-10018 (REG) (Bankr. S.D.N.Y. January 30, 2008);

    Q.    *In re La Mutuelle du Mans Assurance IARD*, Case No. 05-60100 (Bankr. S.D.N.Y. December 7, 2005);

    R.    *In re Lion City Run-off Private Ltd.*, Case No. 06-10461 (Bankr. S.D.N.Y. April 13, 2006;

  S. *In re Magyar Telecom B.V.*, Case No. 13-13508 (Bankr. S.D.N.Y. December 11, 2013);

  T. *In re NRG Victory Reinsurance Ltd.*, Case No. 06-11052 (JMP) (Bankr. S.D.N.Y. November 21, 2006);

  U. *In re Tokio Marine Europe Ins. Ltd.*, Case No. 11-13420 (MG) (Bankr. S.D.N.Y. September 8, 2011);

  V. *In re Zlomrex International Finance S.A.*, Case No. 13-14138 (Bankr. S.D.N.Y. January 31, 2014).

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 31, 2014
  New York, New York

              */s/ Daniel J. Guyder*
              Daniel J. Guyder