**EXHIBIT A**

| | |
|---|---|
| **IN THE HIGH COURT OF JUSTICE** | No.s 4629, 4630, 4631 <br> 4633, 4634 and 4635 of 2014 |

**CHANCERY DIVISION**

**COMPANIES COURT**

THE HONORABLE MR JUSTICE MORGAN

THURSDAY 3 JULY 2014



IN THE MATTERS OF ZODIAC POOL SOLUTIONS SAS, ZODIAC EUROPEAN POOLS SAS, AND ZODIAC INTERNATIONAL SAS, (COMPANIES INCORPORATED IN FRANCE)

AND IN THE MATTERS OF ZODIAC POOL SOLUTIONS NORTH AMERICA, INC., AND ZODIAC POOL SYSTEMS, INC., (COMPANIES INCORPORATED IN DELAWARE, UNITED STATES OF AMERICA)

AND IN THE MATTER OF MARINE INVESTMENT FINLAND OY (A COMPANY INCORPORATED IN FINLAND)

AND IN THE MATTER OF THE COMPANIES ACT 2006

---

### CONVENING ORDER

---

**UPON THE APPLICATIONS** by Part 8 Claim Forms dated 27 June 2014 (the **Claim Forms**) of Zodiac Pool Solutions SAS (**ZPS**), Zodiac European Pools SAS (**ZEP**) and Zodiac International SAS (**ZIS**) (all French companies incorporated as société par actions simplifiée, and in respect of ZPS having a branch office and an establishment in England and Wales at The Podium, One Eversholt Street, NW1 2DN, London, United Kingdom), Zodiac Pool Solutions North America, Inc. (**ZPSNA**) and Zodiac Pool Systems, Inc. (**ZPSI**) (both limited liability companies incorporated in Delaware, United States of America with branch offices and an establishment in England and Wales at The Podium, One Eversholt Street, NW1 2DN, London, United Kingdom) and Marine Investment Finland OY (**Zodiac Finland**) (a company incorporated in Finland) (each a **Scheme Company** and together the **Scheme Companies**)

**AND UPON HEARING** Leading Counsel for the Scheme Companies

**AND UPON READING** the Claim Forms, the First Witness Statement of François Mirallié of the Scheme Companies, the draft explanatory statement (the **Explanatory Statement**), the draft scheme of arrangement proposals (the **Scheme** or the **Schemes**) and the expert opinions of Professor Hervé Synvet as to French law, Professor Stephen Lubben as to US Bankruptcy Law and Dr Risto Koulu as to Finnish law

**AND UPON** the Court adopting in this Order, save where terms are otherwise expressly defined, the abbreviations, words and phrases contained in the Explanatory Statement and the Schemes

**IT IS ORDERED AND DIRECTED THAT:**

1. Each of the Scheme Companies be at liberty to convene a meeting or meetings of its Scheme Creditors (the **Scheme Meeting** or **Scheme Meetings**) to be held from 10:00 a.m. (London time) on 25 July 2014 (or such other time, date or venue as the Directors of the Scheme Companies may decide) at the offices of Allen & Overy LLP at One Bishops Square, London, E1 6AD (or if such venue is not available, such other suitable venue in central London as the Directors of the Scheme Companies may select), for the purpose of considering and, if thought fit, approving (with or without modification) the Schemes between each Scheme Company and its Scheme Creditors under Part 26 of the Companies Act 2006.

2. The Scheme Meetings convened pursuant to paragraph 1 of this Order shall be held as follows:

    (a) There shall be three meetings for three separate classes of Scheme Creditors in respect of the Scheme of ZPS (the **ZPS Scheme Meetings**) to be held as follows:

    (i) firstly, the Scheme Meeting of the ZPS Senior Scheme Creditors shall be held at 10:00 a.m.;

    (ii) secondly, the Scheme Meeting of the Second Lien Scheme Creditors shall be held at 10:30 a.m. (or, if later, immediately after the conclusion or adjournment of the Scheme Meeting of the ZPS Senior Scheme Creditors); and

    (iii) lastly, the Scheme Meeting of the Mezzanine Scheme Creditors shall be held at 11:00 a.m. (or, if later, immediately after the conclusion or adjournment of the Scheme Meeting of the Second Lien Scheme Creditors);

    (b) For each of the other Scheme Companies (apart from ZPS) there shall be a single class meeting of the Senior Scheme Creditors of each of the Scheme Companies (apart from ZPS) to be held as follows:

    (i) the Scheme Meeting for the ZPSNA Senior Scheme Creditors (the **ZPSNA Scheme Meeting**) shall be held at 11:30 a.m. (or, if later, immediately after the conclusion or adjournment of the final ZPS Scheme Meeting);

    (ii) the Scheme Meeting for the ZPSI Senior Scheme Creditors (the **ZPSI Scheme Meeting**) shall be held at 12:00 p.m. (or, if later, immediately after the conclusion or adjournment of the ZPSNA Scheme Meeting);

    (iii) the Scheme Meeting for the ZEP Senior Scheme Creditors (the **ZEP Scheme Meeting**) shall be held at 12:30 p.m. (or, if later, immediately after the conclusion or adjournment of the ZPSI Scheme Meeting);

    (iv)    the Scheme Meeting for the ZIS Senior Scheme Creditors (the **ZIS Scheme Meeting**) shall be held at 1:00 p.m. (or, if later, immediately after the conclusion or adjournment of the ZEP Scheme Meeting); and

    (v)    the Scheme Meeting for the Zodiac Finland Senior Scheme Creditors shall be held at 1:30 p.m. (or, if later, immediately after the conclusion or adjournment of the ZIS Scheme Meeting).

3. At least 21 days before the day appointed for the Scheme Meetings copies of:

    (a) the notices convening each Scheme Meeting (the **Notices**);

    (b) the document incorporating the Schemes and the explanatory statement required to be provided pursuant to section 897 of the Companies Act 2006 (the **Explanatory Statement**); and

    (c) the proxy forms for voting at each Scheme Meeting (the **Proxy Forms**);

    (together the **Scheme Documents**),

    shall be made available to all Scheme Creditors to download on, and Scheme Creditors shall be notified of the availability of the Scheme Documents via, the designated website set up for lenders of record who are Scheme Creditors at www.debtdomain.com.

4. Any supplemental information not included in the Scheme Documents which the Scheme Companies wish to provide to the Scheme Creditors in advance of a Scheme Meetings shall be provided to the Scheme Creditors in the manner described in paragraph 3 above.

5. Until the date of the Scheme Meetings, Scheme Creditors may request hard copies of the Scheme Documents from Nicola Ferguson and Nick Powell at Allen & Overy LLP, One Bishops Square, London, E1 6AD or by email at Nicola.Ferguson@allenovery.com and Nick.Powell@allenovery.com and when so requested the Scheme Documents shall be provided free of charge.

6. Unless the Court orders otherwise, the accidental omission to notify any Scheme Creditor with notice of the Scheme Meetings or the non-receipt of notice of the Scheme Meetings by any Scheme Creditor shall not invalidate the proceedings at the Scheme Meetings.

7. The Scheme Documents shall be distributed in the form or substantially in the form as the drafts submitted to and initialled by the Court for identification purposes, subject to the completion of blanks and minor modifications as advised by solicitors and Counsel to the Scheme Companies.

8. In order to vote on the Schemes, Scheme Creditors be requested to either (i) return their completed Proxy Forms by post to the relevant Scheme Company, c/o Allen & Overy LLP at One Bishops Square, London, E1 6AD or by fax to +44 (0)20 3088 0088 or by e-mail to Nicola.Ferguson@allenovery.com and Nick.Powell@allenovery.com (in each case marked for the attention of Nicola Ferguson and Nick Powell) as soon as possible and in any event to be received by the Voting Instruction Deadline (being 10:00 a.m. on 24 July 2014) or (ii) submit their completed Proxy Forms at the registration desk no later than one hour prior to the commencement of the applicable Scheme Meeting.

9. François Mirallié, a member of the executive board of Zodiac Pool Holding S.A., or failing him, Bruce Brooks, Chief Executive Officer of Zodiac Pool Holding S.A., or failing him, either Timothy Polglase or Katrina Buckley, each a partner at Allen & Overy LLP, be appointed to act as chairman at each of the Scheme Meetings (the **Chairman**).

10. The Chairman be at liberty to adjourn the Scheme Meetings provided that, if adjourned, the Scheme Meetings recommence as soon as reasonably practicable thereafter.

11. The Chairman be at liberty to accept a Proxy Form, sent by e-mail or fax, provided that it is legible to him and to accept late or otherwise incomplete Proxy Forms (provided that such Proxy Form is received before the Chairman closes the applicable Scheme Meeting).

12. The Chairman be entitled to rely on the signature on a Proxy Form including one sent by e-mail or fax, as a warranty that the signatory has been duly authorised by the relevant Scheme Creditor to sign such Proxy Form on behalf of that Scheme Creditor.

13. The Chairman be entitled to rely on information provided by the Relevant Agent in order to calculate as of the Record Date the amount of Scheme Claims for voting purposes of each Scheme Creditor which submits a Proxy Form in accordance with paragraph 9 of this Order.

14. The Chairman be entitled to reject a Scheme Claim by a Scheme Creditor in whole or in part if he considers that it does not constitute a fair and reasonable assessment of the relevant sums owed to the relevant Scheme Creditor by the relevant Scheme Company. If a Scheme Claim is unascertainable or disputed (in part) but the Chairman of the relevant Scheme Meeting is able to place a minimum value on that Scheme Claim, the Chairman will admit the Scheme Claim for voting purposes at that value. If a Scheme Claim is disputed in its entirety, or the Chairman is otherwise unable to place a minimum value on it, that Scheme Claim will be valued at €1. The Chairman's decision will be final.

15. The Chairman be directed to file a report on each Scheme Meeting and the voting prior to the hearing of the application for sanction of the Schemes (assuming the requisite statutory majorities are obtained at each Scheme Meeting).

16. The Claim Forms be adjourned generally with liberty to the Scheme Companies to restore them.

17. Pursuant to rule 5.4D(2) of the Civil Procedure Rules, notice shall be given to the Scheme Companies of any application made by a person for permission under rule 5.4C of the Civil Procedure Rules to obtain a copy of a document from the Court records in this matter.

18. If the Schemes are approved at each of the Scheme Meetings by the required statutory majorities the Claim Forms be restored and a further Court hearing will take place on or around 31 July 2014 at which the Scheme Companies shall seek the sanction of the Court to the Schemes.

**AND IT IS DECLARED THAT:**

19. François Mirallié, or failing him, Michael Allan, is the appointed foreign representative authorised in these proceedings to act as a foreign representative (the **Foreign Representative**) in any Chapter 15 proceedings in the United States Bankruptcy Court in respect of ZPS, ZPSNA and ZPSI.

20. The Foreign Representative is authorised on behalf of ZPS, ZPSNA and ZPSI to take any and all actions to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, or certificates, and to take any and all steps deemed by the Foreign Representative to be necessary or desirable to carry out the purpose and intent of the Schemes including, for the avoidance of doubt and to the extent required, to apply to any court in the United States for the recognition of the Schemes, the enforcement of the Order, and other related relief under Chapter 15 of the US Bankruptcy Code.

**AND IT IS FURTHER ORDERED THAT:**

21. There be liberty to apply.