**EXHIBIT C**

IN THE HIGH COURT OF JUSTICE                    Nos. 4629, 4630, 4631
                                                4633, 4634 and 4635 of 2014

CHANCERY DIVISION

COMPANIES COURT

THE HONORABLE MR JUSTICE MORGAN

THURSDAY 31 JULY 2014

IN THE MATTERS OF ZODIAC POOL SOLUTIONS SAS, ZODIAC EUROPEAN POOLS SAS, AND ZODIAC INTERNATIONAL SAS, (COMPANIES INCORPORATED IN FRANCE)

AND IN THE MATTERS OF ZODIAC POOL SOLUTIONS NORTH AMERICA, INC., AND ZODIAC POOL SYSTEMS, INC., (COMPANIES INCORPORATED IN DELAWARE, UNITED STATES OF AMERICA)

AND IN THE MATTER OF MARINE INVESTMENT FINLAND OY (A COMPANY INCORPORATED IN FINLAND)

AND IN THE MATTER OF THE COMPANIES ACT 2006

**SANCTION ORDER**



UPON THE APPLICATIONS by Part 8 Claim Forms dated 27 June 2014 (the **Claim Forms**) of Zodiac Pool Solutions SAS, Zodiac European Pools SAS and Zodiac International SAS (all French companies incorporated as société par actions simplifiée, and in respect of Zodiac Pool Solutions SAS having a branch office and an establishment in England and Wales at The Podium, One Eversholt Street, NW1 2DN, London, United Kingdom), Zodiac Pool Solutions North America, Inc. and Zodiac Pool Systems, Inc. (both limited liability companies incorporated in Delaware, United States of America and each with branch offices and an establishment in England and Wales at The Podium, One Eversholt Street, NW1 2DN, London, United Kingdom) and Marine Investment Finland OY (a company incorporated in Finland) (the **Scheme Companies**).

AND UPON HEARING Leading Counsel for the Scheme Companies.

AND UPON READING the Claim Forms and the evidence.

AND UPON READING deeds of undertaking given in favour of the Scheme Companies and the Court.

1

**THIS COURT HEREBY SANCTIONS** the Schemes of Arrangement (the **Schemes**) as set forth in the document in the Schedule hereto.

**AND IT IS ORDERED** that the Scheme Companies or their solicitors do deliver, as soon as reasonably practicable following the satisfaction or waiver of any conditions to the effectiveness of the Schemes (in accordance with the terms of the Schemes), an office copy of this Sanction Order to the Registrar of Companies for England and Wales and the Registrar of Companies do accept delivery of this Sanction Order notwithstanding that the Scheme Companies are registered in France, the United States of America and Finland.

**DATED** this 31st day of July 2014

<u>NOS 4629-4631 and 4633-4635 OF 2014</u>

<u>IN THE HIGH COURT OF JUSTICE</u>

<u>CHANCERY DIVISION</u>

<u>COMPANIES COURT</u>

IN THE MATTERS OF ZODIAC POOL SOLUTIONS SAS, ZODIAC EUROPEAN POOLS SAS, AND ZODIAC INTERNATIONAL SAS, (COMPANIES INCORPORATED IN FRANCE) AND OTHER COMPANIES

AND IN THE MATTER OF THE COMPANIES ACT 2006

**ORDER**

ALLEN & OVERY,

ONE BISHOPS SQUARE,

LONDON, E1 6AD

(KATRINA BUCKLEY / NICOLA FERGUSON)

3