**EXHIBIT G**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re                                              :
                                                   :     In a case under Chapter 15 of the
Petition of Michael Salvati, as Foreign            :     Bankruptcy Code
Representative of Castle Holdco 4, Ltd., *et al.*, :
                                                   :     Case No. 09-11761(REG)
Debtors in Foreign Proceedings.                    :
                                                   :     (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER PURSUANT TO 11 U.S.C. §§ 1504, 1515, 1517 AND 1520
RECOGNIZING FOREIGN REPRESENTATIVE
AND FOREIGN MAIN PROCEEDING**

Michael Salvati (the "**Petitioner**") having filed Verified Petitions for Recognition and Chapter 15 Relief (the "**Petitions**") seeking (a) recognition as foreign representative (the "**Foreign Representative**") of Castle Holdco 4, Ltd. ("**Castle 4**") and each jointly administered debtor (the "**Debtors**"), and (b) recognition of restructuring proceedings currently pending under English law before the High Court of Justice, Chancery Division, Companies Court, sitting in London, England (the "**High Court**"), for each of the Debtors (the "**Schemes**"), as foreign main proceedings pursuant to sections 1515 and 1517 of title 11 of the United States Code (the "**Bankruptcy Code**"); and

**UPON** the Court's review and consideration of the Petitions, the supporting Declarations of Michael Salvati, dated March 28, 2009 and Jonathan Charles Cotton, dated April 2, 2009, and the Memorandum of Law in support of the Petitions; and appropriate and timely notice of the filing of the Petitions and the hearing thereon having been given pursuant to an Order Scheduling Hearings and Specifying Form and Manner of Service of Notice entered by this Court on April 3, 2009; and no objections or other

responses having been filed; and a hearing having been held before this Court on April 22, 2009 (the "**Hearing**");

**NOW**, the Court makes the following findings of fact and conclusions of law:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334, and 11 U.S.C. § 109 and 1501.

2. Venue of this proceeding is proper in this judicial district pursuant to 28 U.S.C. § 1410.

3. This is a core proceeding under 28 U.S.C. § 157(b)(2)(P).

4. The Petitioner is a "person" pursuant to 11 U.S.C. § 101(41) and is the "foreign representative" of the Debtors pursuant to 11 U.S.C. § 101(24).

5. These Chapter 15 cases were properly commenced pursuant to 11 U.S.C. §§ 1504, 1509, and 1515.

6. The Petitioner has satisfied the requirements of 11 U.S.C. § 1515 and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure.

7. The Schemes are "foreign proceedings" pursuant to 11 U.S.C. § 101(23).

8. The Schemes are pending in England, where the center of main interests of each of the Debtors is located, and accordingly the Schemes are "foreign main proceedings" pursuant to 11 U.S.C. § 1502(4), and are entitled to recognition pursuant to 11 U.S.C. § 1517(b)(l).

9. The Petitioner is entitled to relief under to 11 U.S.C. § 1520.

**NOW, THEREFORE, IT IS HEREBY:**

**ORDERED,** that the Petitioner is the "foreign representative" of each of the Debtors pursuant to 11 U.S.C. § 101(24);

**ORDERED,** that the Schemes are granted recognition pursuant to 11 U.S.C. § 1517(a);

**ORDERED,** that the Schemes are granted recognition as foreign main proceedings pursuant to 11 U.S.C. § 1517(b)(1);

**ORDERED,** that upon entry of this Order, section 1520 of the Bankruptcy Code shall be given its full force and effect and, among other things, all persons and entities shall be subject to the stay imposed by section 362 of the Bankruptcy Code with respect to the Debtors and any property of the Debtors within the territorial jurisdiction of the United States;

**ORDERED,** that this Court shall retain jurisdiction with respect to the enforcement, amendment or modification of this Order, any requests for additional relief or any adversary proceeding brought in and through these chapter 15 cases, and any request by an entity for relief from the provisions of this Order, for cause shown, that is properly commenced and within the jurisdiction of this Court; and it is further

**ORDERED** that a conformed copy of this Order shall be served pursuant to the Order Scheduling Hearings and Specifying Form and Manner of Service of Notice.

Dated: New York, New York
April **22**, 2009

*S/ Robert E. Gerber*

UNITED STATES BANKRUPTCY JUDGE