IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 15 |
| ZODIAC POOL SOLUTIONS SAS, *et al.*,[1] | Case No. 14-11818 (KJC) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |
| | Re: D.I. 5, 14 |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 15 CASES PURSUANT TO FED. R. BANKR. P. 1015(b)

François Mirallié is the duly appointed foreign representative (the "**Foreign Representative**") of Zodiac Pool Solutions SAS, Zodiac Pool Solutions North America, Inc., and Zodiac Pool Systems, Inc. (together, the "**Zodiac Debtors**") in connection with proceedings (the "**English Proceedings**") concerning schemes of arrangement under part 26 of the English Companies Act 2006 sanctioned by the High Court of Justice of England and Wales.

The Foreign Representative has commenced these chapter 15 cases (these "**Chapter 15 Cases**") ancillary to the Schemes by the filing of *Verified Petitions for Recognition of Foreign Proceedings and Related Relief*, with accompanying documentation, pursuant to sections 1504 and 1515 of title 11 of the United States Code (as amended, the "**Bankruptcy Code**").

By its *Motion Pursuant to Fed. R. Bankr. P. 1015(b) For Order Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code* (the "**Motion**"), the Foreign Representative requested the entry of an order directing the joint administration of the Chapter 15 Cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the

---

[1] The last four digits of the United States Tax Identification Number, or similar foreign identification number, as applicable, follow in parentheses: Zodiac Pool Solutions SAS (N/A); Zodiac Pool Solutions North America, Inc. (3451); and Zodiac Pool Systems, Inc. (5614).

"**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

The Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012*, (ii) venue is proper in this district pursuant to 28 U.S.C. § 1410, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and the Court may enter a final order consistent with Article III of the United States Constitution, and (iv) no notice of the Motion is required pursuant to Local Rule 1015-1, and after due deliberation and good and sufficient cause appearing for approval of the Motion,

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

ORDERED, that the Motion is approved; and it is further

ORDERED, that the Chapter 15 Cases be, and hereby are, consolidated pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, for procedural purposes only, and shall be jointly administered by the Court; and it is further

ORDERED, that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the Chapter 15 Cases; and it is further

ORDERED, that the caption of the jointly administered cases should read as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 15 |
| ZODIAC POOL SOLUTIONS SAS, *et al.*, | Case No. 14-11818 (KJC) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

and it is further

ORDERED, that a docket entry shall be made in each of the above-captioned Chapter 15 Cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 15 cases of Zodiac Pool Solutions SAS, Zodiac Pool Solutions North America, Inc., and Zodiac Pool Systems, Inc. The docket in Case No. 14-11818 (KJC) should be consulted for all matters affecting this case.

and it is further

ORDERED, that the Motion is granted without notice to creditors; and it is further

ORDERED, that service of this Order as provided in the Motion shall constitute adequate and sufficient service and notice; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to any and all matters relating to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
August 1, 2014

THE HONORABLE KEVIN J CAREY
UNITED STATES BANKRUPTCY JUDGE

3